IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

V.                                         Case No. 4:20-cr-40013

ROBERT ALLEN MERRELL                                                                  DEFENDANT

## ORDER

Before the Court is a request by the Federal Bureau of Prisons, Metropolitan Correctional Center (MCC), Chicago, Illinois, for an extension to complete the psychological testing and examination of Defendant. (Attachment #1, *February 24, 2021, Letter from R.A. Heisner, Warden*).

On November 19, 2020, the Court ordered that a psychiatric or psychological evaluation of Defendant be conducted pursuant to 18 U.S.C. §§ 4241 and 4142. (ECF No. 19). The Court further ordered that the examination occur no later than forty-five (45) days from the time Defendant is transported to the appropriate federal facility. FDC Englewood requests an extension of this 45-day period in order to complete the necessary examination and testing of Defendant. Upon consideration, the Court is satisfied that good cause for the extension has been shown. In accordance with Warden Heisner's statements to the Court, the evaluation period should end on May 4, 2021, and a report should be submitted to the Court on or before May 25, 2021.

**IT IS SO ORDERED**, this 11th day of March, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge